PROB 12C
(6/16)

Report Date: October 13, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 13, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Adam Renfroe          Case Number: 0980 4:17CR06030-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ West Richland, Washington 99353

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 10, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 55 months          Type of Supervision: Supervised Release
                      TSR - 3 years

Asst. U.S. Attorney:  Ian Lloyd Garriques          Date Supervision Commenced: July 23, 2021

Defense Attorney:     Paul Shelton                 Date Supervision Expires: July 22, 2024

### PETITIONING THE COURT

To issue a **warrant**.

On July 23, 2021, Mr. Renfroe began his term of supervised release. On July 29, 2021, a U.S. Probation Officer reviewed with Mr. Renfroe all of the conditions of supervision. Mr. Renfroe signed a copy of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by committing the offenses of assault-domestic violence (DV) and destruction/removal of property- DV, on or about August 18, 2022.<br><br>Per the Kennewick Police Deparment (KPD) probable cause statement case number 22-062244:<br><br>On August 18, 2022, KPD Officer Fernando Ramos  responded to a disturbance call. Prior to arrival to the location,  KPD Officer Ramos made contact with the victim, Melanie R. Salazar, via telephone, who advised the defendant had pushed her and broke her electronic tablet, and she reported the defendant had left the location and provided a description of the vehicle the defendant was driving. KPD Officer Ramos later observed a vehicle matching the description of the defendant's vehicle, and the defendant was identified as being the driver. The defendant was contacted by KPD Officer Ramos who detained the defendant pending the investigation. KPD Officer Ramos contacted Ms. Salazar who explained the argument started over their relationship not working, and she had asked the defendant to |

leave, and told the defendant she would call the police if he did not leave as the argument continued. The defendant then told Ms. Salazar, "try me bitch" and pushed her while her back was turned to him, causing her to drop her tablet, which the defendant kicked, shattering the screen and breaking the tablet in half while she was on the phone with 911.

KPD Officer Ramos advised Mr. Renfroe of his Miranda Rights, which the defendant acknowledged; and indicated he wished to speak with the officer. During this contact, the defendant advised the argument started over a possible affair Ms. Salazar witnessed over SnapChat Messages. He indicated she became angry and demanded he leave. He denied ever touching Ms. Salazar and stated she threw her own tablet to incriminate him. Mr. Renfroe was arrested and charged with assault-DV and destruction/removal of property-DV, Benton County District case number 2A054166. This matter is pending.

2   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by committing the offense of violation of court orders-DV, on or about September 16, 2023.

Per the West Richland Police Department (WRPD) Case Report case number 2023-00009336:

On September 16, 2023, a WRPD officer conducted a traffic stop after observing the vehicle being driven by the defendant without a front license plate. Melanie Salazar was identified as the passenger inside the vehicle. The WRPD Officer confirmed the defendant had an active and served no contact order between him and Ms. Salazar. The defendant was arrested and charged with violation of court orders-DV, Benton County District case number 3A0534187. This matter is pending.

3   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or before September 20, 2023.

On September 20, 2023, Mr. Renfroe reported to the probation office as required. During this office contact, Mr. Renfroe completed a drug test which was presumptive positive for methamphetamine and amphetamine. Mr. Renfroe admitted to being around other people who were using methamphetamine, but denied using methamphetamine himself. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test report was later received on September 27, 2023, confirming a positive result for amphetamine and methamphetamine.

4   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these

substances.

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or before September 20, 2023.

As noted in the alleged violation above, Mr. Renfroe reported to the probation office and completed a drug test on September 20, 2023. This drug test was also presumptive positive for marijuana. The defendant admitted to the undersigned officer to having used marijuana 1 week prior to his previous arrest on September 16, 2023, for the new pending no contact order violation mentioned above.

5     **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by committing the offense of violation of court orders-DV, on or about October 12, 2023.

On October 12, 2023, Richland Police Department (RPD) Officer Holen, while conducting speed enforcement, observed a vehicle traveling over the posted speed limit of 40 miles per hour. RPD Holen completed a traffic stop and the driver was identified as the defendant. A female passenger was in the front passenger seat who was identified as Melanie Salazar. Mr. Renfroe was arrested and charged with violation of court order-DV, Benton County District case number 3A0673729. This matter is pending.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 13, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Renfroe, Christopher Adam**
**October 13, 2023**
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

October 13, 2023

Date