UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>   v.<br><br>Christopher Adam Renfroe,<br><br>                         Defendant. | No. 4:17-cr-6030-EFS<br><br>**Memorandum Re Hearing on Supervised Release**<br><br>**Without Oral Argument**<br>**January 3, 2024, 6:30 p.m.** |

Christopher Renfroe files the instant memorandum regarding his hearing on his alleged violations of supervised release, set for Wednesday, January 3, 2024. Mr. Renfroe is out of custody and is prepared to appear at this hearing.

Mr. Renfroe currently has five pending violations, all set forth in a single petition.[1] Those alleged violations are:

    1) Mandatory Condition 1, based on charges of Assault-DV and Destruction/Removal of Property-DV filed in Benton County District Court case number 2A054166;[2]

    2) Mandatory Condition 1, based on a charge for violating a no-contact order filed in Benton County District Court case number 3A0534187;

    3) Special Condition 5, based on testing positive for methamphetamine on September 20, 2023;

---

[1] See ECF 53. Mr. Renfroe's counsel has been advised by probation that additional violations (in the form of positive drug tests) have occurred and will be filed in a supplemental petition prior to the revocation hearing, to be incorporated.

[2] The Benton County District Court case number listed in the Petition is incomplete. There is a 7 at the end, making it 2A0541667.

Memorandum Re Hearing on Supervised Release: 1

    4) Special Condition 5, based on testing positive for marijuana on September 20, 2023; and

    5) Mandatory Condition 1, based on a charge for violating a no-contact order filed in Benton County District Court case number 3A0673729.

Mr. Renfroe will not be making admissions to Violations 1, 2, or 5. Given the nature of the violations (criminal charges for which no finding or admission of guilt has been made), Mr. Renfroe has a Fifth Amendment right to not incriminate himself. Counsel has confirmed with the Benton County District Court that the charge underlying Violation 1 has already been dismissed, and assumes that both the United States and Probation will support dismissal of that violation. The district court has advised that the underlying charges for Violations 2 and 5 are both set for a hearing on February 7, 2024. Mr. Renfroe is prepared to admit to Violations 3 and 4.

    Mr. Renfroe has been on supervised release since July 2021. He had approximately 13 months of compliant behavior until being charged with the two offenses listed in Violation 1, which have now been dismissed. Mr. Renfroe next used marijuana for approximately two weeks in January 2023.[3] He then had no further violations or issues until September 2023. At that time, he was arrested for a no-contact order violation following a traffic stop. A few days later, he tested positive for marijuana and meth. A few weeks later, he was arrested a second time for another no-contact order violation following a traffic stop.

---

[3] *See* ECF 40-1 at p. 1.

Memorandum Re Hearing on Supervised Release: 2

Following his latest arrest in October, Probation filed a petition and the Court issued a warrant. However, Mr. Renfroe apparently was released from state custody and not held on the federal warrant (which may not have been issued and in the system prior to his release). Mr. Renfroe was not aware he had a warrant and continued to abide by his conditions of supervision, including submitting a monthly report in November. It was not until December that Mr. Renfroe became aware of his federal warrant. Upon learning of it, Mr. Renfroe contacted his probation officer and arranged to self-surrender. He did so on December 19, 2023, and had an initial appearance the same day. Mr. Renfroe, who lives in the Tri-Cities, drove to Yakima to self-surrender. His girlfriend, Melanie Salazar, traveled with him.[4]

Magistrate Judge Ekstrom ultimately denied the United States' motion for detention after a contested hearing.[5] Judge Ekstrom reimposed the existing conditions of supervised release as conditions of pre-revocation hearing release, with one additional condition—Judge Ekstrom imposed a no-contact order between Mr. Renfroe and Ms. Salazar, except for indirect communications via text or email to arrange for childcare for their respective children.[6] Mr. Renfroe has abided by this condition but intends to ask this Court to remove it at the January 3 hearing.

---

[4] The prior no-contact order was dismissed along with the charge underlying Violation 1, and so their being together on December 19, 2023 was lawful.
[5] *See* ECF 51, 56.
[6] *See* ECF 51, 56.

Memorandum Re Hearing on Supervised Release:  3

Should the Court require any further information or have any concerns in advance of the hearing, Mr. Renfroe and counsel are happy to address them.

Dated: December 27, 2023.

> By s/ Paul Shelton
> Paul Shelton, 52337
> Federal Defenders of Eastern Washington and Idaho
> 306 East Chestnut Avenue
> Yakima, Washington 98901
> (509) 248-8920
> (509) 248-9118 fax
> Paul_Shelton@fd.org

**Certificate of Service**

 I hereby certify that on December 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Laurel J. Holland, Assistant United States Attorney.

s/ Paul Shelton
Paul Shelton
