PROB 12C
(6/16)

Report Date: December 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Adam Renfroe            Case Number: 0980 4:17CR06030-EFS-1

Address of Offender: ███████████  West Richland, Washington 99353

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 10, 2018

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:      Prison - 55 months;            Type of Supervision: Supervised Release
                        TSR - 3 years

Asst. U.S. Attorney:    Laurel Holland                 Date Supervision Commenced: July 23, 2021

Defense Attorney:       Paul Shelton                   Date Supervision Expires: July 22, 2024

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 13, 2023.

On July 23, 2021, Mr. Renfroe began his term of supervised release. On July 29, 2021, a U.S. Probation Officer reviewed with Mr. Renfroe all of the conditions of supervision. Mr. Renfroe signed a copy of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by having used controlled substances, methamphetamine and marijuana, on or before December 20, 2023. |
| | On December 20, 2023, Mr. Renfroe reported to the probation office as required. During this office contact, Mr. Renfroe completed a drug test which was presumptive positive for methamphetamine and marijuana. Mr. Renfroe admitted to having used methamphetamine on December 16, 2023, and having used marijuana on December 19, 2023. He signed a drug use admission form for both substances. The drug test was packaged and sent to Abbott Laboratory for confirmation, and the results are pending. |

Prob12C
Re: Renfroe, Christopher Adam
December 27, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 27, 2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

January 3, 2024
Date