PROB 12C
(6/16)

Report Date: February 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Adam Renfroe       Case Number: 0980 4:17CR06030-EFS-1

Address of Offender:              West Richland, Washington 99353

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 10, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 55 months;            Type of Supervision: Supervised Release
                     TSR - 3 years

Asst. U.S. Attorney:  Laurel Holland               Date Supervision Commenced: July 23, 2021

Defense Attorney:     Paul Shelton                 Date Supervision Expires: July 22, 2024

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 13, and December 27, 2023.

On July 23, 2021, Mr. Renfroe began his term of supervised release. On July 29, 2021, a U.S. probation officer reviewed with Mr. Renfroe all of the conditions of supervision. Mr. Renfroe signed a copy of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by having used controlled substances, marijuana, on or before February 5, 2024.

On February 6, 2024, Mr. Renfroe reported to the probation office as required. During this office contact, Mr. Renfroe completed a drug test which was presumptive positive for marijuana. Mr. Renfroe admitted to having used marijuana on February 5, 2024. He signed a drug use admission form for this substance. Confirmation was received from the national laboratory confirming his drug test on February 6, 2024, was positive for marijuana.

Prob12C
**Re: Renfroe, Christopher Adam**
**February 27, 2024**
**Page 2**

| | | |
|---|---|---|
| | 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by having used controlled substances, marijuana, on or before February 24, 2024.

On February 26, 2024, the undersigned officer contacted Mr. Renfroe by telephone. Mr. Renfroe admitted to having used marijuana on February 24, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

March 4, 2024

Date