PROB 12C
(6/16)

Report Date:  June 13, 2025

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 13, 2025**

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Adam Renfroe          Case Number: 0980 4:17CR06030-EFS-1

Address of Offender: ████████████████████  Prosser, Washington 99350

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 10, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 55 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Laurel Holland              Date Supervision Commenced: July 23, 2021

Defense Attorney:     Paul Shelton                Date Supervision Expires: July 22, 2024

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 13, December 27, 2023 (docketed on January 3, 2024), February 27, 2024 (docketed on March 4, 2024), and July 9, 2024.

On July 23, 2021, Mr. Renfroe began his term of supervised release. On July 29, 2021, a U.S. probation officer reviewed with Mr. Renfroe all of the conditions of supervision. Mr. Renfroe signed a copy of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Christopher Adam Renfroe is considered to be in violation of his term of supervised release by committing the offense of assault 4th degree in Benton County District Court docket J25Y06118 BCS CN, on or about April 24, 2025.<br><br>According to the Motion for Arrest/Detention filed by the Benton County District Court, on April 24, 2025, Mr. Renfroe, while incarcerated at the Benton County Jail, struck another inmate multiple times with a closed fist. He initially refused verbal commands to stop fighting which prompted officers to deploy OC spray to stop the altercation. Video evidence reportedly shows Mr. Renfroe approach the victim, exchange words, and begin assaulting him. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition

Prob12C

**Re: Renfroe, Christopher Adam**
**June 13, 2025**
**Page 2**

in future proceedings with the violation) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 13, 2025
_____

s/Ashleigh Miller
_____

Ashleigh Miller
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Edward F. Shea
_____
Signature of Judicial Officer

6/13/2025
_____
Date